# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| MILDRED MILLER,              )<br>                              )<br>          Plaintiff,            )<br>     vs.                      )<br>                              )<br>CENTER FOR DIAGNOSTIC IMAGING,)<br>INC, et al.,                  )<br>                              )<br>          Defendant.           ) | C05-1495 JPD<br><br>MINUTE ORDER RESETTING<br>DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2005

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 9, 2005

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 16, 2005

In addition, the deadline to notify the undersigned deputy clerk of the parties desire to consent the matter to the Honorable James P. Donohue, United States Magistrate Judge, is extended to November 16, 2005. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt. # 2) The parties may indicate whether they consent or not in the Joint Status Report.

Dated this 27th of September, 2005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce Rifkin, Clerk of Court


/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk