UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILDRED MILLER, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>CENTER FOR DIAGNOSTIC IMAGING, )<br>et al., )<br>)<br>    Defendants. )<br>_____ ) | Case No. C05-1495-RSL-JPD<br><br>ORDER |

The Court, having reviewed Plaintiff's Motion to Exclude Mildred Miller's Medical Negligence Settlement from Any Potential Medicare Repayment of Lien, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion (Dkt. No. 39) is GRANTED. The parties' proposed settlement is not subject to any medicare repayment or lien.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge

Donohue.

DATED this 12th day of March, 2007.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge